**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

In re: §
§
DUPOR, CHRISSY § Case No. 12-10505
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 10/03/2014 in Courtroom ,

North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: _____
                                              Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
DUPOR, CHRISSY § Case No. 12-10505
 § 
Debtor(s) § 

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 6,000.00 |
| and approved disbursements of | $ | 209.85 |
| leaving a balance on hand of[1] | $ | 5,790.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | Norstates Bank<br>David P. Vallas<br>Polsinelli Shughart PC<br>161 North Clark St, Suite 4200<br>Chicago, IL 60603 | $ 1,350,089.16 | $ 1,350,089.16 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 5,790.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,350.00 | $ 0.00 | $ 1,350.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 61.04 | $ 0.00 | $ 61.04 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,646.25 | $ 0.00 | $ 1,646.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 14.80 | $ 14.80 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses          $          3,057.29

Remaining Balance                                              $          2,732.86

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 39,721.23 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Sysco Chicago, Inc.<br>c/o Teller, Levit & Silvertrust<br>19 S. LaSalle - Suite 701<br>Chicago, Illinois 60603 | $ 17,008.49 | $ 0.00 | $ 1,170.20 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | $ 4,091.29 | $ 0.00 | $ 281.48 |
| 000004 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | $ 4,042.02 | $ 0.00 | $ 278.10 |
| 000005 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 2,393.25 | $ 0.00 | $ 164.66 |
| 000006 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | $ 3,625.43 | $ 0.00 | $ 249.43 |
| 000007 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 3,626.57 | $ 0.00 | $ 249.51 |
| 000008 | Christian and Twyla Khayat<br>C/O Churchill, Quinn, Richtman<br>and Hamilton, Ltd<br>P O BOX 284<br>Grayslake, IL 60030 | $ 4,934.18 | $ 0.00 | $ 339.48 |

Total to be paid to timely general unsecured creditors     $     2,732.86

Remaining Balance     $     0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-10505-ABG
Chrissy Dupor  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: nmolina     Page 1 of 2     Date Rcvd: Sep 08, 2014
                  Form ID: pdf006     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2014.

```
db             #+Chrissy Dupor,    5691 Steeple Pointe,    Gurnee, IL 60031-1084
aty             +Cohen & Krol,    Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
aty             +Gina B. Krol,    Cohen and Krol,    105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
18635776        +American Express,    American Express Special Research,    Po Box 981540,
                  El Paso, TX 79998-1540
18661584         American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
18635777       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,     Attention: Recovery Department,
                  4161 Peidmont Pkwy.,    Greensboro, NC 27410)
18635778         Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
18635782       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20507,
                  Kansas City, MO 64195)
18635779        +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
18635780        +Christian and Twyla Khayat,    C/O Churchill, Quinn, Richtman,    and Hamilton, Ltd,
                  P O BOX 284,    Grayslake, IL 60030-0284
18635781        +Churchill, Quinn, Richtman,    2 S. Whitney,    PO Box 284,    Grayslake, IL 60030-0284
19981906         FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
18635784        +Firstar/US Bank,    Us Bank Bankruptcy Dept,    Po Box 5229,    Cincinnati, OH 45201-5229
18635785        +Foreman Friedman PC,    Attn: Elliot Wiczer,    500 Skokie Blvd Ste 325,
                  Northbrook, IL 60062-2887
18635786        +Holland & Knight LLP,    131 S Dearborn,    30th Floor,    Chicago, IL 60603-5550
18635787        +Hyundai Motor Finance,    Attn: Bankruptcy,    Po Box 20809,    Fountain Valley, CA 92728-0809
18635788       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                  CHICAGO IL 60664-0338
                 (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
                  Level 7-425 100 W. Randolph St.,    Chicago, IL 60601)
18635790        +Martha Tickes,    33661 N Royal Oak Ln Apt 208,    Grayslake, IL 60030-2810
18635791        +Norstates Bank,    David P. Vallas,    Polsinelli Shughart PC,    161 North Clark St, Suite 4200,
                  Chicago, IL 60601-3316
18635793        +Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18635792        +Sears/cbna,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
19920064        +Sysco Chicago, Inc.,    c/o Teller, Levit & Silvertrust,    19 S. LaSalle - Suite 701,
                  Chicago, Illinois 60603-1431
20178141       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: US BANK N.A.,     BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
                  CINCINNATI, OH 45201-5229)
18635794        +Wells Fargo Bank Nv Na,    PO Box 31557,    Billings, MT 59107-1557
18635795        +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18635783        +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 09 2014 01:06:44      Discover Fin,
                  Attention: Bankruptcy Department,    Po Box 3025,    New Albany, OH 43054-3025
18635789        +E-mail/Text: sdvorak@lakecountyil.gov Sep 09 2014 00:58:40      Lake County Treasurer,
                  18 N. County Street,    1st Floor, Room 102,    Waukegan, IL 60085-4304
20201461        +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2014 01:07:10
                  PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                  Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 3
```

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
20230616*        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: nmolina              Page 2 of 2                  Date Rcvd: Sep 08, 2014
                              Form ID: pdf006            Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2014                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2014 at the address(es) listed below:
              E. Philip   Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              James T Magee    on behalf of Creditor Twyla   Khayat bankruptcy@mageenegele.com
              James T Magee    on behalf of Creditor Christian   Khayat bankruptcy@mageenegele.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com;trotman@cohenandkrol
               .com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Laura Dolores Frye    on behalf of Debtor Chrissy  Dupor lauradfrye@att.net,  garyfoley@hotmail.com
              Maria   Georgopoulos    on behalf of Creditor    Wells Fargo Bank, NA nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 9
```