# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| | § | |
| DUPOR, CHRISSY | § | Case No. 12-10505 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Lake County Treasurer 18 N. County Street 1st Floor, Room 102 Waukegan, IL 60085 |  |  |  |  |  |
|  | Wells Fargo Bank Nv Na PO Box 31557 Billings, MT 59107 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Hm Mortgag Po Box 10335 Des Moines, IA 50306 | | | | | |
| 000001 | NORSTATES BANK | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN, ATTORNEY | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph St. Chicago, IL 60601 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express American Express Special Research Po Box 981540 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America 4060 Ogletown/Stanton Rd Newark, DE 19713 | | | | | |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Christian and Twyla Khayat 36938 Kimberwick Ln Wadsworth, IL 60083 | | | | | |
| | Churchill, Quinn, Richtman 2 S. Whitney PO Box 284 Grayslake, IL 60030 | | | | | |
| | Citibank Sd, Na Attn: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| | Discover Fin Attention: Bankruptcy Department Po Box 3025 New Albany, OH 43054 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Foreman Friedman PC Attn: Elliot Wiczer 500 Skokie Blvd Ste 325 Northbrook, IL 60062 | | | | | |
| | Holland & Knight LLP 131 S Dearborn 30th Floor Chicago, IL 60603 | | | | | |
| | Martha Tickes 33661 N Royal Oak Ln Apt 208 Grayslake, IL 60030 | | | | | |
| | Norstates Bank 1601 N Lewis Ave Waukegan, IL 60085 | | | | | |
| | Sears/cbna 8725 W. Sahara Ave The Lakes, NV 89163 | | | | | |
| | Sears/cbna Po Box 6189 Sioux Falls, SD 57117 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000008 | CHRISTIAN AND TWYLA KHAYAT | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000002 | SYSCO CHICAGO, INC. | | | | | |
| 000004 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-10505 ABG | Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DUPOR, CHRISSY | | | Date Filed (f) or Converted (c): | 03/16/12 (f) |
| | | | | 341(a) Meeting Date: | 04/13/12 |
| For Period Ending: | 12/17/14 | | | Claims Bar Date: | 04/04/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Location: 5691 Steeple Pointe, Gurnee IL 60031 Pur | 375,000.00 | 0.00 | | 0.00 | 0.00 |
| 2. Baytree Financial - Business Account | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 3. Furnishings and Appliances | 1,500.00 | 0.00 | | 0.00 | 0.00 |
| 4. DVDs, CDs, Books, Personal Pictures | 50.00 | 0.00 | | 0.00 | 0.00 |
| 5. Clothes and Shoes | 100.00 | 0.00 | | 0.00 | 0.00 |
| 6. Wedding Band | 300.00 | 0.00 | | 0.00 | 0.00 |
| 7. Misc Sports Equipment | 50.00 | 0.00 | | 0.00 | 0.00 |
| 8. 529 Plan for Minors | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 9. 50% Ownership in D & D Auto Resort Properties, LLC | 1.00 | 0.00 | | 6,000.00 | FA |
| 10. Alek's Restaurant - Lake Bluff - 25% Interest | 1.00 | 0.00 | | 0.00 | 0.00 |
| 11. Lawsuit - Complaintant in 10 CH 3037, Defendant i | 800,000.00 | 0.00 | | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $1,187,002.00 | $0.00 | | $6,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS INVESTIGATING THE VALUE OF THE DEBTOR'S BUSINESS AND POTENTIAL COUNTERCLAIM. TRUSTEE IS NEGOTIATING WITH PARTIES TO PURCHASE TRUSTEE'S RIGHT, TITLE AND INTEREST. TRUSTEE HAS FILED MOITON TO APPROVE SALE OF ASSETS BACK TO THIRD PARTY. SALE APPROVED. TRUSTEE WAITING FOR CLAIMS BAR DATE TO EXPIRE. TRUSTEE TO COMMENCE PREPARING HIS FINAL REPORT SHORTLY - January 16, 2014. TRUSTEES TFR WAS FILED ON 8/28/14 AND A FINAL MEETING HELD ON 10/3/14 - October 31, 2014. TRUSTEE HAS MADE HIS DISTRIBUTION AND IS SUBMITTING HIS TDR TO THE UST FOR APPROVAL - Dec. 17, 2014.

Initial Projected Date of Final Report (TFR): 06/30/14      Current Projected Date of Final Report (TFR): 06/30/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-10505 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DUPOR, CHRISSY | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******2291 Checking Account |
| Taxpayer ID No: | *******5009 | | | |
| For Period Ending: | 12/17/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/21/12 | 9 | Christian & Twyla Khsyat | Sale proceeds | 1129-000 | 6,000.00 | | 6,000.00 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 1.23 | 5,998.77 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.82 | 5,994.95 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,984.95 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 6.30 | 5,978.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,968.65 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,958.65 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,948.65 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,938.65 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,928.65 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,918.65 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,908.65 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,898.65 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,888.65 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,878.65 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,868.65 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,858.65 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,848.65 |
| 04/05/14 | 300002 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 8.50 | 5,840.15 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,830.15 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,820.15 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,810.15 |

Page Subtotals  6,000.00  189.85

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Case 12-10505   Doc 47   Filed 01/16/15   Entered 01/16/15 12:43:23   Desc Main
Document      Page 11 of 13

FORM 2

Page: 2

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-10505 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, CHRISSY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2291  Checking Account |
| Taxpayer ID No: | *******5009 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,800.15 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,790.15 |
| 10/06/14 | 300003 | JOSEPH E. COHEN, Trustee | Trustee Fees | | | 1,411.04 | 4,379.11 |
| | | 105 West Madison Street | Trustee Fees | | | | |
| | | Chicago, IL 60602 | | | | | |
| | | | Fees         1,350.00 | 2100-000 | | | |
| | | | Expenses         61.04 | 2200-000 | | | |
| 10/06/14 | 300004 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 1,097.50 | 3,281.61 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 10/06/14 | 300005 | JOSEPH E. COHEN, Attorney | Attorney for Trustee fees | 3110-000 | | 548.75 | 2,732.86 |
| | | 105 West Madison Street | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 10/06/14 | 300006 | Sysco Chicago, Inc. | Claim 000002, Payment 6.88009% | 7100-000 | | 1,170.20 | 1,562.66 |
| | | c/o Teller, Levit & Silvertrust | | | | | |
| | | 19 S. LaSalle - Suite 701 | | | | | |
| | | Chicago, Illinois 60603 | | | | | |
| 10/06/14 | 300007 | FIA CARD SERVICES, N.A. | Claim 000003, Payment 6.87998% | 7100-000 | | 281.48 | 1,281.18 |
| | | 4161 Piedmont Parkway | | | | | |
| | | NC4 105 03 14 | | | | | |
| | | Greensboro, NC 27410 | | | | | |
| 10/06/14 | 300008 | US BANK N.A. | Claim 000004, Payment 6.88022% | 7100-000 | | 278.10 | 1,003.08 |
| | | BANKRUPTCY DEPARTMENT | (4-1) lea6180 | | | | |
| | | P.O. BOX 5229 | | | | | |
| | | CINCINNATI, OH 45201-5229 | | | | | |
| 10/06/14 | 300009 | PYOD, LLC its successors and assigns as | Claim 000005, Payment 6.88018% | 7100-000 | | 164.66 | 838.42 |
| | | assignee | | | | | |
| | | of Citibank, N.A. | | | | | |
| | | Resurgent Capital Services | | | | | |
| | | PO Box 19008 | | | | | |

Page Subtotals          0.00        4,971.73

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-10505 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, CHRISSY | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******2291  Checking Account |
| Taxpayer ID No: | *******5009 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/06/14 | 300010 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000006, Payment 6.88001% | 7100-000 | | 249.43 | 588.99 |
| 10/06/14 | 300011 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000007, Payment 6.88005%<br>(7-1) CREDIT CARD DEBT | 7100-000 | | 249.51 | 339.48 |
| 10/06/14 | 300012 | Christian and Twyla Khayat<br>C/O Churchill, Quinn, Richtman<br>and Hamilton, Ltd<br>P O BOX 284<br>Grayslake, IL 60030 | Claim 000008, Payment 6.88017%<br>(8-1) Modified to correct<br>creditor's address (modified on 4/3/13) | 7100-000 | | 339.48 | 0.00 |

|  |  |  |
|---|---:|---:|---:|
| COLUMN TOTALS | 6,000.00 | 6,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,000.00 | 6,000.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 6,000.00 | 6,000.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| Checking Account - *******2291 | 6,000.00 | 6,000.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 6,000.00 | 6,000.00 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00         838.42

Ver: 18.03a

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-10505 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | DUPOR, CHRISSY | Bank Name: | ASSOCIATED BANK |
|  |  | Account Number / CD #: | *******2291  Checking Account |
| Taxpayer ID No: | *******5009 |  |  |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********2291

| | | | | | Page Subtotals | 0.00 | 0.00 |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*